■ THOMAS VEALE, Appellant, v BARRY S. THORNTON, Respondent. [767 NYS2d 603]—Order, Supreme Court, New York County (Milton Tingling, J.), entered July 11, 2003, unanimously affirmed for the reasons stated by Tingling, J., without costs or disbursements. No opinion. Concur—Nardelli, J.P., Mazzarelli, Rosenberger, Lerner and Friedman, JJ.